**Order entered July 14, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00259-CV

### IN THE INTEREST OF A.R.R., A CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-11946**

## ORDER

By order dated July 11, 2016, we directed the Clerk to send a copy of the reporter's record to appellant and ordered his brief due August 19, 2016. In light of this, we **DENY** as moot appellant's July 1, 2016 motion to extend time to file his brief.

/s/    CRAIG STODDART
        JUSTICE